IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SANDRA F. PURYEAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:14-cv-00057 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of | ) | Senior United States District Judge |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before me is the United States Magistrate Judge's Report and Recommendation, recommending that I enter an Order denying Defendant Commissioner's Motion for Summary Judgment [ECF No. 25], reverse the Commissioner's final decision, and remand the case for further administrative proceedings. (R. & R., Jan. 5, 2016 [ECF No. 31].) This Report was filed on January 5, 2016, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the Report and Recommendation shall be and, hereby, is **ADOPTED** in its entirety. Defendant's Motion for Summary Judgment is **DENIED**, the Commissioner's final decision is **REVERSED**, and this case is hereby **REMANDED** for further administrative proceedings consistent with the Report and Recommendation. See 42 U.S.C. § 405(g) (2014) (sentence four). The clerk is directed to dismiss this case from the active docket of this Court.

The clerk is directed to send a copy of this Order to all counsel of record and to the Honorable Joel C. Hoppe, United States Magistrate Judge.

ENTERED this 4th day of February, 2016.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE